**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2208**

---

UNITED STATES OF AMERICA,

                                        Petitioner - Appellee,

        versus

CAROL A. WALLACE, Administrator, Old Mill
Trust,

                                        Respondent - Appellant.

---

**No. 05-2209**

---

UNITED STATES OF AMERICA,

                                        Petitioner - Appellee,

        versus

CAROL A. WALLACE,

                                        Respondent - Appellant.

---

**No. 05-2210**

---

UNITED STATES OF AMERICA,

                                        Petitioner - Appellee,

versus

CAROL A. WALLACE, Treasurer/Accountant, The
Tymisau Foundation,

                                    Respondent - Appellant.



**No. 05-2211**



UNITED STATES OF AMERICA,

                                    Petitioner - Appellee,

        versus

CAROL A. WALLACE, Administrator for the Spring
Wood Trust,

                                    Respondent - Appellant.



**No. 05-2212**



UNITED STATES OF AMERICA,

                                    Petitioner - Appellee,

        versus

CAROL A. WALLACE, Administrator for The
Redeemer Trust,

                                    Respondent - Appellant.


- 2 -

_____

Appeals from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (CA-05-1867-WDQ; CA-05-1868-WDQ; CA-05-1869-WDQ; CA-05-1870-WDQ; CA-05-1871-WDQ)

_____

Submitted: April 28, 2006                    Decided: May 15, 2006

_____

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Carol A. Wallace, Appellant Pro Se. Neil Ray White, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carol A. Wallace appeals from five district court orders denying her motions to quash and granting the Government's motions to enforce the Internal Revenue Service summonses. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Wallace, Nos. CA-05-1867-WDQ; CA-05-1868-WDQ; CA-05-1869-WDQ; CA-05-1870-WDQ; CA-05-1871-WDQ (Sept. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED